1  Shirin Sinnar, State Bar No. 230005
   shirins@asianlawcaucus.org
2  Asian Law Caucus
   939 Market St., Suite 201
3  San Francisco, CA 94103
   Tel (415) 896-1701
4  Fax (415) 896-1702

5  Marcia Hofmann, State Bar No. 250087
   marcia@eff.org
6  Electronic Frontier Foundation
   454 Shotwell Street
7  San Francisco, CA 94110
   Tel (415) 436-9333
8  Fax (415) 436-9993

9  Attorneys for Plaintiffs Asian Law Caucus and
   Electronic Frontier Foundation

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ASIAN LAW CAUCUS

and

ELECTRONIC FRONTIER FOUNDATION,

Plaintiffs,

vs.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

Defendant.

Case No. CV 08 0842

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Local Rule 3-16, Plaintiffs Asian Law Caucus and Electronic Frontier Foundation certify that to their knowledge, no entities other than the parties themselves have either: (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated: February 7, 2008

Respectfully submitted,

Shirin Sinnar, Esq.
ASIAN LAW CAUCUS
939 Market St., Suite 201
San Francisco, CA 94103
Telephone: (415) 896-1701
Facsimile: (415) 896-1702

Marcia Hofmann, Esq.
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiffs Asian Law Caucus and Electronic Frontier Foundation