1  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
2  SCOTT N. SCHOOLS
   United States Attorney
3  ELIZABETH J. SHAPIRO
   Assistant Director, Federal Programs Branch
4  JOHN R. COLEMAN (Va. Bar # 70908)
   Trial Attorney, U.S. Department of Justice
5  Civil Division, Federal Programs Branch
   20 Massachusetts Ave., N.W., Room 6118
6  Washington, D.C. 20530
   Telephone: (202) 514-4505
7  Facsimile: (202) 616-8460
   John.Coleman3@usdoj.gov
8
   *Attorneys for Defendant Department of*
9  *Homeland Security*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ASIAN LAW CAUCUS, et al. | Civil Action No. 3:08-0842 CW |
| Plaintiff, | **NOTICE OF ATTORNEY APPEARANCE** |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY | |
| Defendant. | |

PLEASE TAKE NOTICE that John R. Coleman, United States Department of Justice, Civil Division, hereby enters his appearance as counsel of record on behalf of defendant in the above-captioned matter.

DATED: February 12, 2008            Respectfully submitted,

                                    JEFFREY S. BUCHOLTZ
                                    Acting Assistant Attorney General

                                    SCOTT N. SCHOOLS
                                    United States Attorney

Civil Action No. 4:08-0842 (CW) – Defendant's Notice of Attorney Appearance

|     |     |
| --- | --- |
| 1   |     |
| 2   | ELIZABETH J. SHAPIRO<br>Assistant Director, Federal Programs Branch |
| 3   | */s/ John R. Coleman*<br>JOHN R. COLEMAN |
| 4   | Attorney, U.S. Department of Justice<br>Civil Division, Federal Programs Branch |
| 5   | 20 Massachusetts Ave., N.W., Room 6118<br>Washington, D.C. 20001 |
| 6   | Telephone: (202) 514-4505<br>Facsimile: (202) 616-8460 |
| 7   | John.Coleman3@usdoj.gov |

Civil Action No. 4:08-0842 (CW) – Defendant's Notice of Attorney Appearance

1  I hereby certify on this 12th day of February, 2008, that a true and correct copy of
2  Defendant's Notice of Attorney Appearance was served by email and via the Electronic Case
3  Filing System of the Northern District of California on the following individuals:

Shirin Sinnar, Esq.
Asian Law Caucus
939 Market St., Suite 201
San Francisco, CA 941043
shirins@asianlawcaucus.org

Marcia Hoffman, Esq.
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
marcia@eff.org

/s/ *John R. Coleman*
John R. Coleman
Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch