GREGORY G. KATSAS
Acting Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch
JOHN R. COLEMAN (Va. Bar # 70908)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6118
Washington, D.C. 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8460
John.Coleman3@usdoj.gov

*Attorneys for Defendant Department of
Homeland Security*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ASIAN LAW CAUCUS, et al. | Civil Action No. 3:08-0842 CW |
| Plaintiff, | **DEFENDANT'S MOTION TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY PHONE** |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY | Case Management Conference |
| Defendant. | Date: May 13, 2008<br>Time: 2:00 p.m. |

Pursuant to Civil L.R. 16-10(a), counsel for Defendant Department of Homeland Security hereby requests to participate by telephone in the case management conference scheduled to occur at 2:00 p.m. on May 13, 2008 in the above-captioned matter. Counsel for defendant is an attorney with the Department of Justice in Washington, D.C. and believes that the issues to be addressed at the case management conference can be efficiently handled through his participation by telephone rather than requiring the government to incur the expense of providing for counsel's travel and lodging in San Francisco to attend the conference in person.

Defendant's counsel has conferred with plaintiff's counsel who has no objections to this

Civil Action No. 4:08-0842 (CW) – Defendant's Motion to Participate in Case Management Conference by Telephone

request. A proposed order is attached hereto.

DATED: May 7, 2008           Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

SCOTT N. SCHOOLS
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch

*/s/ John R. Coleman*
JOHN R. COLEMAN
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6118
Washington, D.C. 20001
Telephone: (202) 514-4505
Facsimile: (202) 616-8460
John.Coleman3@usdoj.gov

---

Civil Action No. 4:08-0842 (CW) – Defendant's Motion to Participate in Case Management Conference by Telephone

1  I hereby certify on this 7th day of May, 2008, that a true and correct copy of Defendant's
2 Motion to Participate in Case Management Conference by Phone was served by email and via
3 the Electronic Case Filing System of the Northern District of California on the following
4 individuals:

| Shirin Sinnar, Esq. | Marcia Hoffman, Esq. |
| --- | --- |
| Asian Law Caucus | Electronic Frontier Foundation |
| 939 Market St., Suite 201 | 454 Shotwell Street |
| San Francisco, CA 941043 | San Francisco, CA 94110 |
| shirins@asianlawcaucus.org | marcia@eff.org |

/s/ *John R. Coleman*
John R. Coleman
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch

Civil Action No. 4:08-0842 (CW) – Defendant's Motion to Participate in Case Management Conference by Telephone

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ASIAN LAW CAUCUS, et al. | Civil Action No. 3:08-0842 CW |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY | Case Management Conference |
| Defendant. | Date: May 13, 2008<br>Time: 2:00 p.m. |

Good cause having shown, it is HEREBY ORDERED THAT:

1. Defendant Department of Homeland Security's Motion To Participate In Case Management Conference By Telephone is GRANTED; and

2. Counsel for Defendant is authorized to participate in the May 13, 2008 Case Management Conference by telephone.

IT IS SO ORDERED.

Dated: May ___, 2008.

_____

UNITED STATES DISTRICT JUDGE