# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ASIAN LAW CAUCUS, et al.<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY<br><br>Defendant. | Civil Action No. 3:08-0842 CW<br><br>[PROPOSED] ORDER<br><br>Case Management Conference<br>Date: May 13, 2008<br>Time: 2:00 p.m. |

Good cause having shown, it is HEREBY ORDERED THAT:

1. Defendant Department of Homeland Security's Motion To Participate In Case Management Conference By Telephone is GRANTED; and

2. Counsel for Defendant is authorized to participate in the May 13, 2008 Case Management Conference by telephone.

IT IS SO ORDERED.

Dated: May __8__, 2008.

_____
UNITED STATES DISTRICT JUDGE