# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ASIAN LAW CAUCUS et al., ) | Civil Action No. 08-cv-00842 CW |
| ) | |
| Plaintiffs, ) | **ORDER ESTABLISHING BRIEFING** |
| ) | **SCHEDULE AS MODIFIED AND** |
| v. ) | **VACATING CASE MANAGEMENT** |
| ) | **CONFERENCE** |
| DEPARTMENT OF HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |

Upon consideration of the Joint Case Management Statement, it is hereby ORDERED that the submission and hearing of the parties' cross motions for summary judgment shall proceed according to the following schedule:

* ∗ Defendant will file its motion for summary judgment no later than September 8, 2008.

* ∗ Plaintiffs will oppose Defendant's motion for summary judgment and file their cross-motion for summary judgment, if any, no later than September 22, 2008.

* • Defendant will file its reply in support of its motion for summary judgment and opposition to Plaintiffs' cross-motion for summary judgment, if any, no later than September 29, 2008.

* • Plaintiffs will file their reply In support of their cross-motion for summary judgment, if any, no later than October 6, 2008.

* ∗ The Court will hear the motion(s) for summary judgment on **October30, 2008, at 2:00 p.m.**

   **The Case Management Conference previously set for May 13, 2008, is vacated.**

1
2
3                                         *     *     *
4
                                         **ORDER**
5
6  IT IS SO ORDERED.

7           5/12/08                    _[signature: Claudia Wilken]_
   DATED: _____        _____
8
9
10
...
28