1  Shirin Sinnar, State Bar No. 230005
   *shirins@asianlawcaucus.org*
2  Asian Law Caucus
   939 Market St., Suite 201
3  San Francisco, CA 94103
   Tel (415) 896-1701
4  Fax (415) 896-1702

5  Marcia Hofmann, State Bar No. 250087
   *marcia@eff.org*
6  Electronic Frontier Foundation
   454 Shotwell Street
7  San Francisco, CA 94110
   Tel (415) 436-9333
8  Fax (415) 436-9993

9  *Attorneys for Plaintiffs*

10 GREGORY G. KATSAS
   Assistant Attorney General
11 JOSEPH P. RUSSONIELLO
   United States Attorney
12 ELIZABETH J. SHAPIRO
   Assistant Director, Federal Programs Branch
13 JOHN R. COLEMAN (Va. Bar # 70908)
   Trial Attorney, U.S. Department of Justice
14 Civil Division, Federal Programs Branch
   20 Massachusetts Ave., N.W., Room 6118
15 Washington, D.C. 20530
   Telephone: (202) 514-4505
16 Facsimile: (202) 616-8460
   John.Coleman3@usdoj.gov
17
   *Attorneys for Defendant*

18
                    **UNITED STATES DISTRICT COURT**
19
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
20
                          **OAKLAND DIVISION**
21  ─────────────────────────────────────────
                                            )
22  ASIAN LAW CAUCUS, et al.                )   Civil Action No. 3:08-0842 CW
                                            )
23                                          )
              Plaintiff,                    )   **JOINT STIPULATION**
24                                          )
         v.                                 )   and
25                                          )
    DEPARTMENT OF HOMELAND SECURITY         )   **[PROPOSED] ORDER**
26                                          )
              Defendant.                    )
27  ─────────────────────────────────────────)

28         Civil Action No. 4:08-0842 (CW) – Joint Stipulation and Proposed Order

Pursuant to Civil L.R. 6-2, Plaintiffs Asian Law Caucus and Electronic Frontier Foundation and Defendant Department of Homeland Security, by counsel, hereby agree and stipulate as follows:

1. By Order dated May 12, 2008, the Court set a schedule for briefing the parties' cross-motions for summary judgment, directing Defendant to file its motion for summary judgment no later than September 8, 2008.

2. The parties are actively negotiating to narrow the scope of plaintiffs' challenge to defendant's withholdings pursuant to 5 U.S.C. § 552(b), and expect to reach an agreement within weeks.

3. In order to allow Defendant sufficient time to prepare its memorandum in support of its motion for summary judgment and supporting declarations following the parties agreement on the scope of the dispute, the parties respectfully request that the Court modify the schedule for briefing the parties' cross-motions for summary judgment as follows:

   • Defendant will file its motion for summary judgment no later than September 29, 2008

   • Plaintiffs will oppose Defendant's motion for summary judgment and file their cross-motion for summary judgment, if any, no later than October 14, 2008.

   • Defendant will file its reply in support of its motion for summary judgment and opposition to Plaintiffs' cross-motion for summary judgment, if any, by October 20, 2008.

   • Plaintiffs will file their reply in support of their cross-motion for summary judgment, if any, by October 27, 2008.

   • The Court will hear the motion(s) for summary judgment on November 14, 2008, at 2:00 p.m.

1     4.    There have been no previous time modifications in the case.

| | |
|---|---|
| Dated August 14, 2008 | Marcia Hofmann<br>ELECTRONIC FRONTIER FOUNDATION<br>454 Shotwell Street<br>San Francisco, CA 94110<br>Telephone: (415) 436-9333<br>Facsimile: (415) 436-9993<br><br>*/s Shirin Sinnar*<br>Shirin Sinnar, Esq.<br>ASIAN LAW CAUCUS<br>939 Market St., Suite 201<br>San Francisco, CA 94103<br>Telephone: (415) 896-1701<br>Facsimile: (415) 896-1702<br><br>*Attorneys for Plaintiffs* |
| Dated: August 14, 2008 | */s John R. Coleman*<br>JOHN R. COLEMAN (Va. Bar # 70908)<br>Civil Division, Federal Programs Branch<br>U.S. Department of Justice<br>20 Massachusetts Ave., N.W., Room 6118<br>Washington, D.C. 20530<br>Telephone: (202) 514-4505<br>Fax: (202) 616-8460<br>Email: john.coleman3@usdoj.gov<br><br>*Attorney for Defendants* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____     _____
                                            Hon. Claudia Wiliken
                                            United States District Judge