Shirin Sinnar, State Bar No. 230005
*shirins@asianlawcaucus.org*
Asian Law Caucus
939 Market St., Suite 201
San Francisco, CA 94103
Tel (415) 896-1701
Fax (415) 896-1702

Marcia Hofmann, State Bar No. 250087
*marcia@eff.org*
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
Tel (415) 436-9333
Fax (415) 436-9993

*Attorneys for Plaintiffs*

GREGORY G. KATSAS
Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch
JOHN R. COLEMAN (Va. Bar # 70908)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6118
Washington, D.C. 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8460
John.Coleman3@usdoj.gov

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | | |
|---|---|---|
| ASIAN LAW CAUCUS, et al. | ) | Civil Action No. 3:08-0842 CW |
| | ) | |
| Plaintiff, | ) | **JOINT STIPULATION** |
| v. | ) | and |
| DEPARTMENT OF HOMELAND SECURITY | ) | **[PROPOSED] ORDER** |
| Defendant. | ) | |

Civil Action No. 4:08-0842 (CW) – Joint Stipulation and Proposed Order

Pursuant to Civil L.R. 6-2, Plaintiffs Asian Law Caucus and Electronic Frontier Foundation and Defendant Department of Homeland Security, by counsel, hereby agree and stipulate as follows:

1. By Order dated May 12, 2008, the Court set a schedule for briefing the parties' cross-motions for summary judgment, directing Defendant to file its motion for summary judgment no later than September 8, 2008.

2. The parties are actively negotiating to narrow the scope of plaintiffs' challenge to defendant's withholdings pursuant to 5 U.S.C. § 552(b), and expect to reach an agreement within weeks.

3. In order to allow Defendant sufficient time to prepare its memorandum in support of its motion for summary judgment and supporting declarations following the parties agreement on the scope of the dispute, the parties respectfully request that the Court modify the schedule for briefing the parties' cross-motions for summary judgment as follows:

    • Defendant will file its motion for summary judgment no later than September 29, 2008

    • Plaintiffs will oppose Defendant's motion for summary judgment and file their cross-motion for summary judgment, if any, no later than October 14, 2008.

    • Defendant will file its reply in support of its motion for summary judgment and opposition to Plaintiffs' cross-motion for summary judgment, if any, by October 20, 2008.

    • Plaintiffs will file their reply in support of their cross-motion for summary judgment, if any, by October 27, 2008.

    • The Court will hear the motion(s) for summary judgment on November 13, 2008, at 2:00 p.m.

1     4.    There have been no previous time modifications in the case.

Dated August 25, 2008        Marcia Hofmann
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

*/s Shirin Sinnar*
Shirin Sinnar, Esq.
ASIAN LAW CAUCUS
939 Market St., Suite 201
San Francisco, CA 94103
Telephone: (415) 896-1701
Facsimile: (415) 896-1702

*Attorneys for Plaintiffs*

Dated: August 25, 2008       */s John R. Coleman*
JOHN R. COLEMAN (Va. Bar # 70908)
Civil Division, Federal Programs Branch
U.S. Department of Justice
20 Massachusetts Ave., N.W., Room 6118
Washington, D.C. 20530
Telephone: (202) 514-4505
Fax: (202) 616-8460
Email: john.coleman3@usdoj.gov

*Attorney for Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    _____
                                         Hon. Claudia Wiliken
                                         United States District Judge