Shirin Sinnar, State Bar No. 230005
*shirins@asianlawcaucus.org*
Asian Law Caucus
939 Market St., Suite 201
San Francisco, CA 94103
Tel (415) 896-1701
Fax (415) 896-1702

Marcia Hofmann, State Bar No. 250087
*marcia@eff.org*
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
Tel (415) 436-9333
Fax (415) 436-9993

*Attorneys for Plaintiffs*

GREGORY G. KATSAS
Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch
JOHN R. COLEMAN (Va. Bar # 70908)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6118
Washington, D.C. 20530
Telephone: (202) 514-4505
Facsimile: (202) 616-8460
John.Coleman3@usdoj.gov

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ASIAN LAW CAUCUS, et al. | Civil Action No. 3:08-0842 CW |
| Plaintiff, | **SECOND JOINT STIPULATION** |
| v. | and |
| DEPARTMENT OF HOMELAND SECURITY | [PROPOSED] ORDER |
| Defendant. | |

Civil Action No. 4:08-0842 (CW) – Second Joint Stipulation and Proposed Order

Pursuant to Civil L.R. 6-2, Plaintiffs Asian Law Caucus and Electronic Frontier Foundation and Defendant Department of Homeland Security, by counsel, hereby agree and stipulate as follows:

1. By Order dated August 29, 2008, the Court granted the parties' joint request to extend the briefing schedule in this case to permit the parties to negotiate to narrow the scope of plaintiff's challenge to defendant's withholdings pursuant to 5 U.S.C. § 552(b).

2. As a result of the parties' negotiations, the scope of plaintiff's challenge has been substantially narrowed.

3. The parties continue to actively negotiate to narrow the scope of plaintiffs' challenge to defendant's withholdings pursuant to 5 U.S.C. § 552(b), and expect to reach an agreement within weeks.

4. In order to allow Defendant sufficient time to prepare its memorandum in support of its motion for summary judgment and supporting declarations following the parties' agreement on the scope of the dispute, the parties respectfully request that the Court modify the schedule for briefing the parties' cross-motions for summary judgment as follows:

   • Defendant will file its motion for summary judgment no later than October 14, 2008.
   • Plaintiffs will oppose Defendant's motion for summary judgment and file their cross-motion for summary judgment, if any, no later than October 27, 2008.
   • Defendant will file its reply in support of its motion for summary judgment and opposition to Plaintiffs' cross-motion for summary judgment, if any, by November 3, 2008.
   • Plaintiffs will file their reply in support of their cross-motion for summary judgment, if any, by November 10, 2008.

1 • The Court will hear the motion(s) for summary judgment on December 4, 2008, at 2:00 p.m.

5. There has been one previous modification to the schedule in the case.

Dated September 16, 2008

Marcia Hofmann
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

*/s Shirin Sinnar*
Shirin Sinnar, Esq.
ASIAN LAW CAUCUS
939 Market St., Suite 201
San Francisco, CA 94103
Telephone: (415) 896-1701
Facsimile: (415) 896-1702

*Attorneys for Plaintiffs*

Dated: September 16, 2008

*/s John R. Coleman*
JOHN R. COLEMAN (Va. Bar # 70908)
Civil Division, Federal Programs Branch
U.S. Department of Justice
20 Massachusetts Ave., N.W., Room 6118
Washington, D.C. 20530
Telephone: (202) 514-4505
Fax: (202) 616-8460
Email: john.coleman3@usdoj.gov

*Attorney for Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/18/08    _____
Hon. Claudia Wilken
United States District Judge

---

Civil Action No. 4:08-0842 (CW) – Second Joint Stipulation and Proposed Order