Shirin Sinnar, State Bar No. 230005
*shirins@asianlawcaucus.org*
Asian Law Caucus
939 Market St., Suite 201
San Francisco, CA 94103
Tel (415) 896-1701
Fax (415) 896-1702

Marcia Hofmann, State Bar No. 250087
*marcia@eff.org*
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
Tel (415) 436-9333
Fax (415) 436-9993

*Attorneys for Plaintiffs Asian Law Caucus and Electronic Frontier Foundation*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ASIAN LAW CAUCUS et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF HOMELAND SECURITY, ) <br> ) <br> Defendant. ) | Civil Action No. 08-cv-00842 CW <br><br> **THIRD JOINT STIPULATION AND ORDER** |

Pursuant to Civil Local Rule 6-2, Plaintiffs Asian Law Caucus and Electronic Frontier Foundation and Defendant Department of Homeland Security, by counsel, hereby agree and stipulate as follows:

1. By order dated September 18, 2008, the Court granted the parties' joint request to extend the briefing schedule in this case to permit the parties to negotiate the scope of Plaintiffs' challenge to Defendant's withholding of certain agency records pursuant to the Freedom of Information Act, 5 U.S.C. § 552(b) (Dkt. No. 18).

2. Under the current briefing schedule, Defendant must file its reply in support of its motion for summary judgment and opposition to Plaintiffs' cross motion for summary judgment no later than November 3, 2008, and Plaintiffs must file their reply in support of their cross motion for summary judgment no later than November 10, 2008.

3. Counsel for plaintiff Asian Law Caucus will be performing voter protection activities in Ohio during the upcoming election on November 4, 2008, and traveling back to San Francisco on November 5, 2008. These commitments will make it difficult for the plaintiffs to prepare their memorandum in support of their motion for summary judgment and supporting materials by November 10, 2008, as currently scheduled.

4. In order to allow the plaintiffs sufficient time to prepare their reply in support of their cross motion for summary judgment following the election, the parties respectfully request that the Court modify the briefing schedule as follows:  Defendant will file its reply in support of its motion for summary judgment and opposition to Plaintiffs' cross motion for summary judgment no later than November 5, 2008, and Plaintiffs will file their reply in support of their cross motion for summary judgment no later than November 12, 2008.

//

//

5.   There have been two previous modifications to the schedule in this case

Respectfully submitted,                              Date: October 30, 2008

| | |
|---|---|
| Shirin Sinnar, Esq.<br>ASIAN LAW CAUCUS<br>939 Market St., Suite 201<br>San Francisco, CA 94103<br>Telephone: (415) 896-1701<br>Facsimile: (415) 896-1702 | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General<br><br>CARL J. NICHOLS<br>Deputy Assistant Attorney General<br><br>SCOTT N. SCHOOLS<br>United States Attorney |
| */s/ Marcia Hofmann*<br>Marcia Hofmann<br>ELECTRONIC FRONTIER FOUNDATION<br>454 Shotwell Street<br>San Francisco, CA 94110<br>Telephone: (415) 436-9333<br>Facsimile: (415) 436-9993<br><br>ATTORNEYS FOR PLAINTIFFS ASIANN<br>LAW CAUCUS AND ELECTRONICC<br>FRONTIER FOUNDATION | ELIZABETH J. SHAPIRO<br>Assistant Director, Federal Programs Branch<br><br>*/s/ John R. Coleman*<br>JOHN R. COLEMAN<br>Attorney, U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W., Room 6118<br>Washington, D.C. 20530<br>Telephone: (202) 514-4505<br>Facsimile: (202) 616-8460<br>E-mail: John.Coleman3@usdoj.gov<br><br>ATTORNEYS FOR DEFENDANT<br>DEPARTMENT OF HOMELAND SECURITY |

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained John R. Coleman's concurrence in the filing of this document.

*/s/ Marcia Hofmann*
Marcia Hofmann


*     *     *

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/3/08                                       _____
                                                     Hon. Claudia Wilken
                                                     United States District Judge

-3-
THIRD JOINT STIPULATION AND [PROPOSED] ORDER