IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASIAN LAW CAUCUS and ELECTRONIC FRONTIER FOUNDATION,

       Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

       Defendant.
_____/

No. C 08-00842 CW

ORDER RE: <u>IN CAMERA</u> REVIEW OF DOCUMENTS

After reviewing the parties' cross-motions for summary judgment, the Court determines that an <u>in camera</u> review of the documents at issue is necessary in order to assess Defendant's assertions of exemptions and the segregable nature of non-exempt material. Defendant shall lodge by November 17, 2008 unredacted copies of all documents listed in the <u>Vaughn</u> index, <u>see</u> Suzuki Dec., Ex. A, with the redacted portions indicated thereon.

    IT IS SO ORDERED.

Dated: 11/12/08

                                        CLAUDIA WILKEN
                                        United States District Judge